AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 22-90 |
| 2. | Trustee | Trust #2, Assets No 91-132 |
| 3. | Trustee | Trust #3, Assets No 133-175 |
| 4. | Trustee | Trust #4, Assets No 176-184 |
| 5. | Trustee | Trust #5 Assets No 185-193 Trust #6 Assets No 194-202 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Byron, Carlson, Petri & Kalk LLC SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Perrin Conferences | 06/11/14 | Chicago, IL | Speaker at Educational Seminar | travel reimbursement |
| 2. | Mass Torts Made Perfect | 09/09/14 | Philadelphia, PA | Speaker at Educational Seminar | travel reimbursement |
| 3. | Duke Law School | 09/11/14-09/12/14 | Washington, DC | Speaker at Educational Seminar | hotel & airfare direct billed |
| 4. | Univ of Chicago Law School | 10/13/14 | Chicago, IL | Guest Lecturer | travel reimbursement |
| 5. | American Bar Association | 11/06/14 | Chicago, IL | Speaker at Educational Seminar | travel reimbursement |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

| 6. | American Conference Institute | 12/09/14-12/10/14 | New York City, NY | Speaker at Educational Seminar | Hotel direct billed. Airfare reimbursed. |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Clover Leaf Bank checking acct | B | Interest | L | T | | | | | |
| 2. Bank of Edwardsville Checking account | A | Interest | J | T | | | | | ▓▓▓ |
| 3. IRA Account Pershing IRA Account | C | Dividend | M | T | | | | | assets listed below |
| 4. - (IRA) First Horizon Natl Corp | | | | | Sold | 12/23/14 | J | A | frac share liquidation |
| 5. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 02/14/14 | J | | cash in lieu of fractnl sh |
| 6. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 05/15/14 | J | | cash in lieu of fractnl sh |
| 7. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 06/27/14 | J | | .828frac share distributed |
| 8. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 11/14/14 | J | | cash in lieu of fractnl sh |
| 9. - (IRA) Kinder Morgan Mgmt | | | | | Distributed | 11/27/14 | J | A | Partnership terminated |
| 10. - (IRA) Kinder Morgan Inc | | | | | Spinoff (from line 9) | 11/27/14 | J | | Re-Org P'ship to stock |
| 11. - (IRA) Nielson Holdings V B Com | | | | | Buy (add'l) | 06/18/14 | K | | |
| 12. - (IRA) Ebay Inc Com | | | | | | | | | |
| 13. - (IRA) Freeport McMoran Inc FCX | | | | | Buy | 01/03/14 | K | | |
| 14. - (IRA) Freeport McMoran Inc FCX | | | | | Buy (add'l) | 07/24/14 | J | | |
| 15. - (IRA) Kraft Foods Grp | | | | | Sold (part) | 04/09/14 | K | C | |
| 16. - (IRA) Kraft Foods Grp | | | | | Sold | 04/25/14 | K | C | |
| 17. - (IRA) Kraft Foods Grp CALL Option exp 1/18/14 | | | | | Expired | 01/21/14 | J | A | call option EXPIRED |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - (IRA) Moody's Corp Com | | | | | Buy | 10/15/14 | J | | |
| 19.  - (IRA) Omnicom Group Inc | | | | | | | | | |
| 20.  - (IRA) Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 21.  - (IRA) Dreyfus Treasury Prime MM | | | | | | | | | |
| 22.  TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 23.  - Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 24.  - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 25.  - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 26.  - State Pub Sch Bldg Auth PA Sch Rev 5.25% | | | | | | | | | |
| 27.  - West Chester PA Area Sch Dist Ser A 5% 3/1/06 | | | | | Sold | 11/21/14 | L | B | |
| 28.  - Houston Tex Util Sys Rev Rfdg Comb First | | | | | Redeemed | 04/08/14 | M | A | |
| 29.  - Connecticut St Ser C 5% 11/1/21 B/E | | | | | | | | | |
| 30.  - Hampton VA Pub Impt-Ser A Fgic-Mbia 5% | | | | | | | | | |
| 31.  - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | | | | | | | | | |
| 32.  - Metropolitan Govt Nashville Davidson 5% 5/15/23 $20k | | | | | | | | | |
| 33.  - Metropolitan Govt Nashville Davidson 5% 5/15/23 $80k | | | | | | | | | |
| 34.  - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Chicago ILL Sales Tax Rev Sale 5% | | | | | | | | | |
| 36. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | Redeemed | 10/01/14 | K | A | |
| 37. - Conroe Tex Indpt Sch Dist RFDG 5% 2/15/24 | | | | | | | | | |
| 38. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | | | | | | | | | |
| 39. - Tennessee St Rfdg-Ser A 4% 08/1/25 | | | | | | | | | |
| 40. - Abilene Tex CTFS Oblig 5% 2/15/26 | | | | | Buy | 11/21/14 | L | | |
| 41. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | | | | | | | | | |
| 42. - Washington St for Issues dtd 5% 8/1/26 | | | | | Buy | 10/02/14 | L | | |
| 43. - Keller Tex Indpt Sch Dist Sch Bldg 5% 8/15/26 | | | | | | | | | |
| 44. - Arlington TEX Indpt Sch Dist 5% 8/15/27 | | | | | Buy | 07/11/14 | M | | |
| 45. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | | | | | |
| 46. - North Carolina St Pub Impt Ser A 5% 4/14/10 | | | | | | | | | |
| 47. - First Tenn Bk NA Memphis Sub Nt 5.05% | | | | | | | | | |
| 48. - HCA Inc No 6.375% 01/15/15 | | | | | | | | | |
| 49. - HCA Inc Sr Note 8.0% 10/01/18 | | | | | | | | | |
| 50. - Chesapeake energy Corp Sr Nt 9.5% | | | | | Redeemed | 06/10/14 | K | A | |
| 51. - Southwestern Energy Co Med Term Notes 7.125% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Accenture PLC Ireland Shs Cl A ACN | | | | | | | | | |
| 53. - American Tower REIT com | | | | | | | | | |
| 54. - Brookfield Infrastructure Partners LP | | | | | | | | | |
| 55. - Perrigo Co PLC Shs | | | | | Buy | 09/24/14 | J | | |
| 56. - Apple Inc | | | | | | | | | |
| 57. - Bank of America Corp | | | | | | | | | |
| 58. - Boeing Co Com | | | | | Buy | 08/20/14 | K | | |
| 59. - Boeing Co Com | | | | | Buy (add'l) | 10/15/14 | K | | |
| 60. - CBS Corp CL B Com | | | | | Buy (add'l) | 04/08/14 | K | | |
| 61. - Chesapeake Energy Corp | | | | | Sold (part) | 03/20/14 | J | C | |
| 62. - Chesapeake Energy Corp | | | | | Sold | 04/03/14 | J | C | |
| 63. - Church & Dwight Co Inc | | | | | Sold | 05/01/14 | K | E | |
| 64. - Colgate Palmolive Co | | | | | | | | | |
| 65. - ConocoPhillips Com | | | | | Buy | 08/01/14 | K | | |
| 66. - EMC Corp (Mass) Com | | | | | | | | | |
| 67. - Energy Transfer Equity L.P. | | | | | | | | | |
| 68. - Enterprise Products Partners L.P. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Groupon Inc Com CL A | | | | | Sold | 08/06/14 | K | | loss |
| 70.  - Honeywell Intl Inc | | | | | | | | | |
| 71.  - Jarden Corp Com | | | | | | | | | |
| 72.  - Kinder Morgan Energy Partners | | | | | | | | | |
| 73.  - Kinder Morgan Energy Partners | | | | | Distributed | 12/02/14 | K | D | Partnership terminated |
| 74.  - Kinder Morgan Inc Del Com | | | | | Spinoff (from line 73) | 12/02/14 | K | | Re-Org p'ship to stock |
| 75.  - Lowes Companies Inc | | | | | | | | | |
| 76.  - Markwest Energy Partners L.P. | | | | | | | | | |
| 77.  - Moodys Corp Com | | | | | Buy | 10/01/14 | K | | |
| 78.  - Moodys Corp Com | | | | | Buy (add'l) | 10/15/14 | J | | |
| 79.  - Newell Rubbermaid Inc Com | | | | | | | | | |
| 80.  - Plains All American Pipeline L.P. | | | | | | | | | |
| 81.  - Thermo Fisher Scientific Inc Com TMO | | | | | Buy | 01/31/14 | K | | |
| 82.  - Thermo Fisher Scientific Inc Com TMO | | | | | Buy (add'l) | 04/10/14 | J | | |
| 83.  - Verizon Communications Com | | | | | | | | | |
| 84.  - Williams Partners L.P. | | | | | | | | | |
| 85.  - KKR Finl Hldgs LLC PFD Ser A LLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Starwood Ppty Tr Inc Com | | | | | Distributed (part) | 02/06/14 | K | | retained old |
| 87. - Starwood Waypoint Residential Tr Com Shs SWAY | | | | | Spinoff (from line 86) | 02/06/14 | J | | new stock spin-off |
| 88. - Starwood Waypoint Residential Tr Com Shs SWAY | | | | | Sold | 02/07/14 | J | A | new sold in same period |
| 89. - Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 90. - WisdomTree Tr Emerging Mkts Small Cap | | | | | Sold (part) | 10/15/14 | K | | loss |
| 91. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 92. -Drefus Treasury Prime MM | | | | | | | | | |
| 93. -Accenture PLC Ireland Sh Cl A | | | | | | | | | |
| 94. -American Tower REIT com | | | | | Sold (part) | 06/10/14 | J | C | |
| 95. -Brookfield Infrastructure Partners LP | | | | | | | | | |
| 96. -Perrigo Co PLC shs | | | | | Buy | 09/24/14 | J | | |
| 97. -Apple Inc | | | | | | | | | |
| 98. -Bank of America Corp | | | | | | | | | |
| 99. -Boeing Co com | | | | | Buy | 08/20/14 | J | | |
| 100. -Boeing Co com | | | | | Buy (add'l) | 10/15/14 | J | | |
| 101. -CBS Corp CL: B Com | | | | | Buy (add'l) | 04/08/14 | J | | |
| 102. -Chesapeake Energy Corp | | | | | Sold (part) | 03/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Chesapeake Energy Corp | | | | | Sold | 04/03/14 | J | A | |
| 104. -Church & Dwight Co Inc | | | | | Sold | 05/01/14 | J | C | |
| 105. -Colgate Palmolive Co Com | | | | | | | | | |
| 106. -EMC Corp (Mass) Com | | | | | Sold | 07/17/14 | J | A | |
| 107. -Ebay Inc Com | | | | | | | | | |
| 108. -Freeport McMoran Inc CL B | | | | | Buy (add'l) | 07/24/14 | J | | |
| 109. -Groupon Inc Com CL A | | | | | Sold | 08/06/14 | J | | loss |
| 110. -Honeywell Intl Inc | | | | | | | | | |
| 111. -Jarden Corp Com | | | | | Sold (part) | 09/25/14 | J | B | |
| 112. -Jarden Corp Com | | | | | Sold (part) | 10/02/14 | J | B | |
| 113. -Kinder Morgan Energy Partners LTD partnershp | | | | | | | | | |
| 114. -Kinder Morgan Energy Partners LTD partnershp | | | | | Distributed | 12/02/14 | K | D | Partnership Terminated |
| 115. -Kinder Morgan Inc Del com | | | | | Spinoff (from line 114) | 12/02/14 | J | | Re-Org P'ship to stock |
| 116. -Kraft Foods Group Inc Com | | | | | Sold (part) | 04/09/14 | J | A | |
| 117. -Kraft Foods Group Inc Com | | | | | Sold | 04/25/14 | J | A | |
| 118. -Lowes Companies Inc | | | | | | | | | |
| 119. -Moodys Corp com | | | | | Buy | 10/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Moodys Corp com | | | | | Buy (add'l) | 10/15/14 | J | | |
| 121.  -Newell Rubbermaid Inc Com | | | | | Sold (part) | 10/02/14 | J | B | |
| 122.  -Newell Rubbermaid Inc Com | | | | | Sold (part) | 10/15/14 | J | A | |
| 123.  -Nielson Holdings B V Com | | | | | Buy (add'l) | 06/18/14 | J | | |
| 124.  -Omnicom Group Inc | | | | | | | | | |
| 125.  -Thermo Fisher Scientific Inc com | | | | | Buy | 01/31/14 | J | | |
| 126.  -Thermo Fisher Scientific Inc com | | | | | Buy (add'l) | 04/10/14 | J | | |
| 127.  -Verizon Communications Com | | | | | | | | | |
| 128.  -Starwood Ppty Tr Inc com | | | | | Distributed (part) | 02/06/14 | J | | retained old |
| 129.  -Starwood Waypoint Residential Tr com shs | | | | | Spinoff (from line 128) | 02/06/14 | J | | new stock spin-off |
| 130.  -Starwood Waypoint Residential Tr com shs | | | | | Sold | 02/07/14 | J | | new sold in same period |
| 131.  -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Sold | 07/17/14 | J | A | |
| 132.  -WisdomTree Tr Emerging Mkts Small Cap | | | | | Sold | 07/17/14 | J | | loss |
| 133.  TRUST #3 Pershing Brokerage Account | D | Int./Div. | O | T | | | | | trust assets listed below |
| 134.  -Dreyfus Treasury Prime Money Market | | | | | | | | | |
| 135.  -Accenture PLC Ireland Shs Cl A | | | | | | | | | |
| 136.  -American Tower REIT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Apple Inc | | | | | | | | | |
| 138. -Brookfield Infrastructure Partners LP | | | | | | | | | |
| 139. -Perrigo Co PLC shs | | | | | Buy | 09/24/14 | J | | |
| 140. -Bank of America Corp | | | | | | | | | |
| 141. -Boeing Co com | | | | | Buy | 08/20/14 | J | | |
| 142. -Boeing Co com | | | | | Buy (add'l) | 10/15/14 | J | | |
| 143. -CBS Corp CL B Com | | | | | Buy (add'l) | 04/08/14 | J | | |
| 144. -Chesapeake Energy Corp | | | | | Sold (part) | 03/20/14 | J | | loss |
| 145. -Chesapeake Energy Corp | | | | | Sold | 04/03/14 | J | B | |
| 146. -Church & Dwight Co Inc | | | | | Sold | 05/01/14 | J | C | |
| 147. -Colgate Palmolive Co | | | | | | | | | |
| 148. -ConocoPhillips com | | | | | Buy | 01/08/14 | J | | |
| 149. -EMC Corp (Mass) Com | | | | | | | | | |
| 150. -Ebay Inc Com | | | | | | | | | |
| 151. -Freeport McMoran Inc CL B | | | | | Buy (add'l) | 07/24/14 | J | | |
| 152. -Groupon INC Com CL A | | | | | Sold | 08/06/14 | J | | loss |
| 153. -Honeywell Intl Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -ALPS ETF Tr Alerian Mlp Etf | | | | | | | | | |
| 155. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | | | | | |
| 156. -Jarden Corp Com | | | | | | | | | |
| 157. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 158. -Kinder Morgan Energy Partners LP | | | | | Distributed | 12/02/14 | K | D | Partnership Terminated |
| 159. -Kinder Morgan Inc Del com | | | | | Spinoff (from line 158) | 12/02/14 | K | | Re-Org P'ship to stock |
| 160. -Kraft Foods Group Inc Com | | | | | Sold (part) | 04/09/14 | J | A | |
| 161. -Kraft Foods Group Inc Com | | | | | Sold | 04/25/14 | J | B | |
| 162. -Lowes Companies Inc | | | | | | | | | |
| 163. -Moodys Corp Inc com | | | | | Buy | 10/01/14 | J | | |
| 164. -Moodys Corp Inc com | | | | | Buy (add'l) | 10/15/14 | J | | |
| 165. -Nielson Holdings B V Com | | | | | Buy (add'l) | 06/18/14 | J | | |
| 166. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 167. -Omnicom Group Inc | | | | | | | | | |
| 168. -Thermo Fisher Scientific Inc com | | | | | Buy | 01/31/14 | J | | |
| 169. -Thermo Fisher Scientific Inc com | | | | | Buy (add'l) | 04/10/14 | J | | |
| 170. -Verizon Communications Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Starwood Ppty Tr Inc Com | | | | | Distributed (part) | 02/06/14 | J | | retained old |
| 172. -Starwood Waypoint Residential Tr com | | | | | Spinoff (from line 171) | 02/06/14 | J | | new stock spin-off |
| 173. -Starwood Waypoint Residential Tr com | | | | | Sold | 02/06/14 | J | A | new sold in same period |
| 174. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 175. -WisdomTreeTr Emerging Mkts Small Cap AVG | | | | | | | | | |
| 176. TRUST #4 Pershing Brokerage Account | D | Int./Div. | N | T | | | | | trust assets listed below |
| 177. -Dreyfus Treasury Prime Inv Sh MM | | | | | | | | | |
| 178. -ALPS Etf Tr Alerian MLP Etr | | | | | | | | | |
| 179. -IShares Tr S&P Midcap 400 Value Index | | | | | | | | | |
| 180. -Powershares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 181. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 182. -Vanguard Index Fds S&P 500 ETF VOO | | | | | | | | | |
| 183. -Vanguard INTL Equity Index Fds FTSE Europe ETF VGK | | | | | | | | | |
| 184. -WisdomTree Emerging Mkts Small Cap Avg | | | | | | | | | |
| 185. TRUST #5 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 186. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 187. -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -IShares Tr S&P Midcap 400 Value | | | | | | | | | |
| 189. -Powershares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 190. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 191. -Vanguard Intl Equity Index Fds FTSE Europe ETF VGK | | | | | | | | | |
| 192. -Vanguard Index Fds S&P 500 ETF | | | | | | | | | |
| 193. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | | | | | | | | | |
| 194. Trust #6 Pershing Brokerage Account | B | Int./Div. | L | T | | | | | trust assets listed below |
| 195. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 196. -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |
| 197. -IShares Tr S&P MidCap 400 Value | | | | | | | | | |
| 198. -PowerShares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 199. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 200. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 201. -Vanguard Index Fds S&P 500 ETF | | | | | | | | | |
| 202. -WisdomTree Emerging Mkts Small Cap Avg DGS | | | | | | | | | |
| 203. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 18

Name of Person Reporting

Herndon, David R.

Date of Report

05/06/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA account summarized on line 21
Trust #1 on line 23
Trust #2 on line 92
Trust #3 on line 134
Trust #4 on line 177
Trust #5 on line 186
Trust #6 on line 195

Lines 21, 23, 92, 134, 177, 186, 195  Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 5-8 fractional shares of Kinder Morgan Mgmt: In the past, instead of paying cash dividends, Kinder Morgan issued fractional shares of stock.  The fractional shares had no monetary value and no market until they accumulated to equal a full share.  Since 2013, Kinder Morgan converted fractional shares to cash and paid cash dividends in lieu of fractional shares of stock.  On June 27, 2014, Kinder Morgan distributed .828 share that was not converted into cash but actually distributed the fractional share.

Lines 9, 73,114 and 158:  Kinder Morgan Publically Traded Partnership terminated on December 02, 2014 and in its reorganization as a Corporation it issued stock in Kinder Morgan Inc and cash.  Ordinary and Capital Gain was reported due to the Reorganization.

All trust assets are accounted for herein.  According to your instructions, the aggregate income and values were reported on lines 22, 91, 133, 176, 185, 194.  Identification of the trusts was omitted for security purposes, but will be provided if requested.  Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544